UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT J. LUMPKIN, | Case No. C17-1651-MJP |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| KING COUNTY, *et al.*, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 8th day of January, 2018.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL
PAGE - 1